STATE EX REL. DAMMANN, Secretary of State, and others, Respondents, vs. BALLARD, Superintendent of Public Property, and others, Appellants.

*November 10, 1928—January 23, 1929.*

R. M. *Rieser* of Madison, special counsel, for the appellants.

For the respondents there was a brief by the *Attorney General* and *Franklin E. Bump* and *Mortimer Levitan,* assistant attorneys general, and oral argument by *Mr. Bump.*

PER CURIAM. The court in this case is evenly divided upon the questions involved, three being of the opinion that the order and judgment should be affirmed and three being of the opinion that it should be reversed. In accordance with the rule, the order and judgment of the lower court must be affirmed.

It is so ordered.